UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ASHTON KRUKOWSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LVMPD, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-01782-APG-PAL<br><br>**ORDER DENYING PENDING MOTIONS**<br><br>(ECF Nos. 24, 26, 27) |

On November 3, 2016, I entered an order dismissing this case. ECF No. 22. Over two years later, plaintiff Ashton Krukowski filed a motion for rehearing, a motion for certificate of appealability, and a motion for appointment of counsel. ECF Nos. 24, 26, 27. Each of those motions is one sentence long. The motions are untimely and unsupported by any explanation or reason.

IT IS THEREFORE ORDERED that the plaintiff's pending motions **(ECF Nos. 24, 26, 27) are DENIED**. No further motions or filings will be entertained in this closed action.

DATED this 20th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE